IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUO LINDA CAI, : | |
| Plaintiff, : | |
| : | |
| v. : | Civ. No. 23-cv-3432 |
| : | |
| THUNDERSOFT AMERICA : | |
| CORP. et. al., : | |
| Defendants. : | |

# O R D E R

**AND NOW**, this 5th day of October, 2023, upon consideration of Defendants TriNet HR III, Inc., and TriNet Group, Inc. and Plaintiff Gou Linda Cai's joint stipulation for an extension of time to answer, move, or otherwise respond to the Complaint, (Doc. No. 8), it is hereby **ORDERED** that the extension is **GRANTED**. TriNet HR III, Inc. and TriNet Group, Inc. **SHALL** respond <u>**no later than**</u> November 24, 2023.

AND IT IS SO ORDERED.

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.