# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| GUO LINDA CAI, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 2:23-cv-3432-PSD |
| THUNDERSOFT AMERICA CORPORATION; THUNDER SOFTWARE TECHNOLOGY CO., LTD; TRINET HR III, INC.; TRINET GROUP, INC., | : |
| Defendants. | : |

## DEFENDANTS THUNDERSOFT AMERICA CORPORATION, TRINET HR III, INC., AND TRINET GROUP, INC.'S MOTION TO DISMISS AND COMPEL ARBITRATION

Defendants Thundersoft America Corporation, TriNet HR III, Inc. and TriNet Group Inc. ("Moving Defendants"), by and through their undersigned counsel, Fisher & Phillips LLP, and pursuant to the Federal Arbitration Act, 9 U.S.C. § 4, hereby move to compel arbitration and dismiss this action. In support of Defendants' Motion to Dismiss and Compel Arbitration, Defendants rely upon the grounds and authorities set forth in the accompanying Brief in Support of the Motion to Dismiss and Compel Arbitration, and the accompanying exhibits.

Respectfully submitted,

**FISHER & PHILLIPS LLP**

*/s/ Julia W. Clark*
Julia W. Clark, Esquire
Two Logan Square
100 N. 18th Street, 12th Floor
Philadelphia, PA 19130
(610) 230-2150 (phone)
(610) 230-2151 (fax)
jclark@fisherphillips.com

FP 48840027.1

*Counsel for TriNet HR III, Inc., TriNet Group, Inc., and Thundersoft America Corporation*

Date: November 24, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 24th day of November, 2023, I caused a true and correct copy of the foregoing Motion to Dismiss and Compel Arbitration, Brief in Support of the Motion to Dismiss and Compel Arbitration, and the accompanying exhibits to be served via ECF upon all counsel of record.

                                              */s /Julia W. Clark*_____
                                              Julia W. Clark, Esquire