# Exhibit C

| EMPLID | NAME | EMAIL_ADDR | COMPANY | TO_CHAR(A.EFFDT,'DD-MON-YY') | ACCEPTED | CLS_ACT_WAIVR |
|---|---|---|---|---|---|---|
| 00002218103 | Cai,Guo Linda | linda.cai@thundersoft.com | VNH | 01-JUN-18 | Y | N |