# Exhibit D

| | |
|---|---|
| **From:** | DoNotReply@email.trinet.com |
| **To:** | linda.cai@thundersoft.com |
| **Subject:** | TriNet Terms and Conditions Agreement (TCA); Health Care Notification |
| **Date:** | Friday, June 1, 2018 5:13:17 PM |
| **Attachments:** | TriNet_TCA.pdf |
| | Initial_COBRA_Notice.pdf |

Log in to TriNet to see additional information . Thank you.



Hello,

We are sending this email to provide notification regarding two important matters: (1) your acceptance of the TriNet Terms & Conditions Agreement (TCA), and (2) your COBRA rights and responsibilities. More information about each matter is provided below.

TCA: This confirms that you have accepted the TCA, which you clicked through on the TriNet platform on 06/01/2018. Attached is a copy of the TCA you accepted.

COBRA: Regulations require that we provide to you when you become eligible for TriNet health care benefits an "initial" COBRA notice. Attached is the required initial COBRA notice, which contains information, for not only you but also any dependents, about general COBRA rights and obligations. Please share it with any dependents enrolled in the plan. (If you or any dependents lose coverage and are eligible for COBRA, TriNet will send a separate notice providing COBRA election details and deadlines.)

We recommend that you review and retain the TCA for your records and future reference.

If you have any questions, please contact the TriNet Solution Center at 800.638.0461, Monday - Friday, 4:30 a.m. - 9:00 p.m.PT.

Sincerely,
TriNet

© 2016 TriNet. All rights reserved. All trademarks, trade names, service marks and logos referenced herein belong to their respective companies.